Mar 15 2016 12:23PM HP FaxLaw Office 1(413)369 4244

RECEIVED
MAR 16 2016
BY:

page 2

COMPLAINT CASE NUMBER:

OMB NO: 2900-0719
EXPIRATION DATE: MAY 31, 2018
RESPONDENT BURDEN: 30 Min.

**VA** Department of Veterans Affairs

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

*Read the instructions on the reverse side of this form carefully before completing the front of this form.*

| 1. NAME (last, first, middle initial) (Please print) | 3. MAILING ADDRESS | 4a. WORK TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| Almodovar, Carlos | | |
| 2. EMAIL ADDRESS | | 4b. PRIMARY TELEPHONE NUMBER (Include Area Code) |
| ████@aol.com | | |

| 5. ARE YOU: | 6a. JOB TITLE, SERIES AND GRADE | 7. NAME AND ADDRESS OF VA FACILITY WHERE DISCRIMINATION OCCURRED |
|---|---|---|
| [X] A VA EMPLOYEE | Diagnostic Radiologic Technologist | VA Maine Health Care System |
| [ ] AN APPLICANT FOR EMPLOYMENT | 6b. SERVICE/SECTION/PRODUCT LINE | 1 VA Center |
| [ ] A FORMER VA EMPLOYEE | Business Service Line | Augusta, Maine 04330 |

NOTE: For each employment related matter that you believe was discriminatory you must list the bases (list one or more of the following): Race (Specify), Color (Specify), Religion (Specify), Sex (Male or Female), National Origin (Specify), Age (Provide date of birth), Disability (Specify), Genetic Information (including family medical history), and/or Reprisal for participating in the EEO process or opposing unlawful discrimination.

| 8. BASIS | 9. CLAIM(S) (What employment related claim(s) - personnel action(s), incident(s) or event(s) caused you to file this complaint? Briefly state the specific claim, personnel action, matter, event that caused you to file this complaint. Use an additional sheet of paper if necessary. You should not include information that violates the Privacy Act of 1974 and the Health Insurance Portability and Accountability Act (HIPAA). Some examples are patient medical records, personnel records of other VA employees, etc.) | 10. DATE OF OCCURRENCE (Include the most recent date(s)) |
|---|---|---|
| Reprisal | Complainant is being retaliated against for participating in protected activity the most recent act was on January 22, 2016 and explained in attached additional sheets of paper entitled Attachment "A" | 22 JAN 2016 |
| Hostile Work Environment | The agency's acts of discrimination have created a hostile work environment that continues to increase in intensity. The most recent act was on 22 JAN 2016 (also see Attachment "A") | 22 JAN 2016 |
| Disability Discrimination | Complainant is a disabled veteran of 30% or more and has been discriminated because of his status as a disabled veteran, and disability in hiring decisions such as failure to properly evaluate qualifications, hire, or consider veterans preference. (see Attachment "A" alleging continuing discrimination). | 22 JAN 2016 |

11. REMEDIES SOUGHT (Use an additional sheet of paper if necessary):
Compensatory damages, attorney fees and costs and damages requested in attached letter entitled Attachment "A".

| 12a. DO YOU HAVE A REPRESENTATIVE? | 12b. PROVIDE THE NAME AND ADDRESS OF YOUR REPRESENTATIVE | 12c. TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| [X] YES [ ] NO | Robert Stone Law Office | (413) 369-4421 |
| 12b. IF "YES" IS HE OR SHE AN ATTORNEY? | PO Box 183 | 12d. EMAIL ADDRESS |
| [X] YES [ ] NO | South Deerfield, MA 01373-0183 | rfstoneesq@comcast.net |

| 13a. HAVE YOU CONTACTED AN EEO COUNSELOR? | 13b. NAME OF EEO COUNSELOR | 13c. DATE OF INITIAL CONTACT WITH ORM |
|---|---|---|
| [X] YES [ ] NO | Lydia Ward | 02/08/2016 |

14. If you contacted an EEO Counselor more than 45 calendar days after the Date(s) of Occurrence, listed in item 10, or if this complaint is filed more than 15 calendar days after receipt of a Notice of Right to File a Discrimination Complaint, you must explain why you were untimely in seeking EEO counseling or untimely in filing a complaint. (Use an additional sheet of paper, if necessary.)

| 15a. HAVE YOU FILED A UNION GRIEVANCE ON ANY CLAIM(S) LISTED ABOVE? | 15b. IF "YES," LIST THE CLAIM(S) AND DATE GRIEVANCE FILED | 16a. HAVE YOU FILED AN APPEAL WITH THE MERIT SYSTEM PROTECTION BOARD (MSPB) ON ANY OF THE CLAIMS LISTED ABOVE? | 16b. IF "YES," LIST THE ISSUE(S) AND DATE MSPB APPEAL FILED. |
|---|---|---|---|
| [ ] YES [X] NO | | [ ] YES [X] NO | |

| 17a. HAVE YOU FILED THIS COMPLAINT WITH ANYONE ELSE? | 17b. IF "YES," PROVIDE THE NAME AND ADDRESS | | DATE FILED 3/15/16 |
|---|---|---|---|
| [ ] YES [X] NO | | | |

| 18. SIGNATURE OF COMPLAINANT (Do not print) | | 19. DATE |
|---|---|---|
| Robert F. Stone, Esq., Attorney for Complainant | | 03/15/2016 |

VA FORM 4939 MAY 2015
SUPERSEDES VA FORM 4939, MAR 2012, WHICH SHOULD NOT BE USED.

000122

000005