

# Office of Resolution Management
*Department of Veterans Affairs*

## Initial Contact and Interview Sheet

| | | | |
|---|---|---|---|
| Date and Time of Contact: | Feb 8 2016 8:44AM | Agreed to Waive Anonymity: | Yes |
| Type of Contact: | Telephone | | |
| Name of Counselor Assigned to Case: | Ward-Nash, Lydia | | |

| | |
|---|---|
| Name of Aggrieved Party: | Carlos Almodovar |
| Home and/or Alternate Address: | |
| Home Telephone Number: | Best Time to Call: |
| Business Address: | 1 VA Center, Togus, ME 04330 |
| Business Telephone & Fax Number: | (207) 623-8411 x2898    Best Time to Call: |
| Email Address: | |
| Position Title/Series/Grade: | X-Ray Technician / / GS 8 |
| Employment Status: | Current Agency employee |
| Org Unit: | Veterans Health Administration |
| Employment Type: | |
| Name of Facility: | VAMC, TOGUS |
| Service/Section/Mail Routing Symbol: | Radiology / |
| Address of Facility: | 1 VA Center, Togus, ME 04330 |
| Facility Telephone Number: | |
| Name of Representative: | Robert Stone    Attorney: False |
| Representative's Address: | Law Office of Robert F. Stone, Esq., P. O. Box 183, South Deerfield, MA 01373 |
| Representative's Telephone: | (413) 369-4421 |

### REASON FOR CONTACT

| | |
|---|---|
| Claim 1: Promotion/Non-Selection | Basi(e)s: Disability - Physical, Reprisal, Sex - Male |
| Date of Incident: 01/22/2016 | |

Brief Description of Claim: On January 22, 2016, AP learned he was not selected for the Radiology Supervisory Diagnostic Radiologic Technologist, GS-0647-12, Announcement Number VHA-402-16-LLR-1531368, Vacancy ID 1531368 position. AP identified Luis Gonzalez, Keith Thibault, and Kimberly Metcalf as responding management officials.

| | |
|---|---|
| Claim 2: Promotion/Non-Selection | Basi(e)s: Sex - Male |
| Date of Incident: 10/09/2013 | |

Revised 2/24/2006
CONFIDENTIAL DOCUMENT - GENERATED IN THE ORM COMPLAINT AUTOMATED TRACKING SYSTEM (CATS)    000002

002848

**Joint R. Ex. F**

Brief Description of Claim: On October 9, 2013, AP learned he was non-selected for the Lead Diagnostic Radiologic Technologist, GS-0647-10, Announcement Number VHA-402-13-JEG-934527, Vacancy ID 934527 position. AP identified Luis Gonzalez, Keith Thibault, and Kimberly Metcalf as responding management officials. Counselor's Note: AP wrote the following: My reasoning for not raising a claim for employment discrimination and disparate treatment at this point, I was just too frustrated to believe, that retaliation is continuing from the previous case, which went in my favor. I fear if I were to pursuit another case I would case I would lose my employment because of all the unfairness I have experienced so far.

| Claim 3: Training | Basi(e)s: Sex - Male |
|---|---|
| Date of Incident: 04/19/2013 | |
| Denied | |

**Brief Description of Claim:** On April 19, 2013, Carlos Almodovar, Aggrieved Person (AP) learned he was not selected for the MRI Training Opportunity. AP believes he should have been chosen because he had seniority and the requirement was preferred and not mandatory. Michelle Ayotte, Radiologic Technician was selected for the training opportunity and eventually she was assigned to the MRI Technologist position. AP identified Kimberly Metcalf as the Responding Management Official (RMO). Counselor's Note: AP wrote the following: My reasoning for not raising a claim of employment discrimination at this point was, I just wanted to play nice and did not want to appear as a disgruntled employee and further reprisal and disparate treatment. Also, I was acting Lead technologist as the time and I felt I would better serve our department in this capacity and looked forward to possible being selected to this position permanently. Although I felt this was an under handed way of selecting who she wanted I hope for the best and moved on, I realize now I was wrong.

| Claim 4: | Basi(e)s: |
|---|---|
| Date of Incident: | |

**Brief Description of Claim:**

| Claim 5: | Basi(e)s: |
|---|---|
| Date of Incident: | |

**Brief Description of Claim:**

**WHO IS THE RESPONDING MANAGEMENT OFFICIAL? (GIVE NAME, TITLE AND TELEPHONE NUMBER)**
Keith Thibault
Imaging Program Manager (603) 657-0645

**WHAT REMEDY ARE YOU SEEKING?**

**HOW HAVE YOU BEEN HARMED? (WHAT ALLEGED ADVERSE EMPLOYMENT RELATED MATTER(S) HAVE YOU EXPERIENCED?)**

**IS THERE ANYONE WHO HAS DIRECT KNOWLEDGE OF THIS (THESE) ALLEGATIONS WHO MAY BE ABLE TO ASSIST IN RESOLUTION EFFORT? PLEASE GIVE THEIR NAME, TITLE AND TELEPHONE NUMBER.**

| |
|---|
| |

**ADDITIONAL INFORMATION/NOTES/DOCUMENTS THAT SHOULD BE REVIEWED:**
Claim: Promotion (Non-Selection) On January 24, 2016, AP learned he was not selected for the Radiology Supervisor Position, GS-12. AP described a History of Non-Selection. Basis: Sex (Male) Compensated at the GS-12 level RMOs: Kimberly Metcalf Keith Pivkult, Supervisor Luis Gonzalez, Director of Radiology

**BRIEF DESCRIPTION OF CLAIM**

| Counselor Signature: LWARD | Date: Feb 8 2016 8:44AM | |
|---|---|---|