Feb. 16. 2016 10:57AM  No. 0126 P. 7

Carlos Almodovar

W 207 623-8411
Ext: 2898

February 16, 2016

ORM
151 Knollcroft Road Building 16
Lyons, NJ 07939

To Lydia Ward,

    I am writing to request your help in investigating disparate treatment continuing retaliation and black listing against me, by my chain of command and possibly HR. I now have a manager that I believe to be sexist towards men and has preconceived negative ideas about me from my previous leadership. We negotiated disparate treatment in a previous case. In many ways this is continuing by the denial of several promotions.

    On 08 Apr. 2012, while I was on annual leave, the Department manager placed a notice requesting whoever is interested in training in MRI to apply. The closing date was when I returned. She knew I was interested in this, but again favored a woman who she had already pre-selected. There was never an interview. Furthermore, another one of her favorites was place in the new interventional radiology department. For some reason it didn't matter if she had a license. She was placed over a new hire with an IR license.

    On 11 August 2013, I applied for the Lead Diagnostic Radiologic Technologist position. I was led to believe after serving for 75 weeks as acting lead technologist, I would be selected, but was denied 09 Oct. 2013 in favor of a woman from a different VA.

    On 09 Nov. 2015, I applied for the Supervisory Diagnostic Radiologic Technologist position for the 3rd time and again on 22 Jan 2016 wasn't selected in favor of a woman with no history of working for the VA. I was the only candidate qualified from within the department, even over the one chosen over me for the Lead technologist position. Then they selected a nurse to cover the supervisor position until the new hire reports to work, instead of allowing me to cover until then. I find that the manager interviewing candidates for her position is an anomaly. She had quit and was acting as a consultant until her position was filled. I believe Kim Metcalf may have known the new hire, and I would like this also to be investigated. HR in this case, initially denied my qualifications, until I called and ask why. I explained I had qualified for this position twice before. About fifteen minutes later, I was called back and informed that my

**Joint R. Ex. G**

Feb. 16. 2016 10:57AM                                                                     No. 0126   P. 8

package was sent up and had indeed qualified for the interview. At this point I became an afterthought.

These are just a few things. Although Kim Metcalf is the main individual for these occurrences, I'm charging the panel for unfair hiring practices and favoritism and I am charging Kim Metcalf for disparate treatment, being a sexist, abuse of positional authority unfair hiring practices and favoritism to name a few.

Furthermore I believe my veteran's preference was never taken into consideration for either of these positions. I am a retired Navy Hospital Corpsman who served on active duty for twenty years. Please call at either of the numbers shown above beginning with my work number.

Respectfully yours,

[signature] 16 Feb 2016

Carlos Almodovar R.T. (R)(CT)(BD)(ARRT)

RECEIVED FEB 16 2016

000121

000147