Carlos Almodovar

W 207 623-8411
Ext: 2898

@aol.com

March 09, 2016

District Manager
Department of Veterans Affairs
Office of Resolution Management (ORM)
10701 East Blvd.
Cleveland, OH 44106

To District Manager,

    I am writing to request your help in investigating disparate treatment, continuing retaliation and black listing against me, by my chain of command and possibly HR. I now have a manager that I believe to be sexist towards men and has preconceived negative ideas about me from my previous leadership. We negotiated disparate treatment in a previous case. In many ways this is continuing by the denial of several promotions.

On 08 Apr. 2012, while I was on annual leave, the Department manager placed a notice requesting whoever is interested in training in MRI to apply. The closing date was when I returned. She knew I was interested in this, but again favored a woman who she had already pre-selected. There was never an interview. Furthermore, another one of her favorites was placed in the new interventional radiology department. For some reason it didn't matter if she had a license. She was placed over a new hire with an IR license. My reasoning for not raising a claim for employment discrimination at this point was, I just wanted to play nice and did not want to appear as a disgruntled employee and further reprisal and disparate treatment. Also, I was acting Lead technologist at the time and I felt I would better serve our department in this capacity and looked forward to possibly being selected to this position permanently. Although I felt this was an under handed way of selecting who she wanted I hope for the best and moved on. I realize now I was wrong. Remedy stated below.

    On 11 August 2013, I applied for the Lead Diagnostic Radiologic Technologist (GS-10) position. I was led to believe after serving for 75 weeks as acting lead technologist, I would be selected, but was denied 09 Oct. 2013 in favor of a woman from a different VA. My fellow staff members had informed me that I will never be selected to this position and that Kimberly Metcalf was just leading me on. When this realization came to light, I did voice my objection to the decision made. My reasoning for not raising a claim for employment discrimination and disparate treatment at this point, I was just

Mar 15 2016 12:24PM HP FaxLaw Office    1(413)869 4244           page 6

too frustrated to believe, that retaliation is continuing from the previous case which went in my favor. I feared if I were to pursuit another case I would lose my employment because of all the unfairness I have experienced so far. Remedy stated below.

On 09 Nov. 2015, I applied for the Supervisory Diagnostic Radiologic Technologist (GS-12) position for the 3rd time and again on 22 Jan. 2016 I wasn't selected in favor of a woman with no history of working for the VA. I was the only candidate qualified from within the department, even over the one chosen over me for the Lead technologist position. Then they selected a nurse to cover the supervisor position until the new hire reports to work, instead of allowing me to cover until then. I find that the manager interviewing candidates for her position is an anomaly. She had quit and was acting as a consultant until her position was filled. I believe Kim Metcalf may have known the new hire, and I would like this also to be investigated. HR in this case, initially denied my qualifications, until I called and asked why. I explained I had qualified for this position twice before. About fifteen minutes later, I was called back and informed that my package was sent up and had indeed qualified for the interview. At this point now, I became an afterthought.

These are just a few things. Although Kim Metcalf is the main individual for these occurrences, I'm charging the panel for unfair hiring practices and favoritism and I am charging Kim Metcalf for disparate treatment, being a sexist, abuse of positional authority unfair hiring practices and favoritism to name a few.

Furthermore, I believe my veteran's preference was never taken into consideration for either of these positions. I am a retired Navy Hospital Corpsman who served on active duty for twenty years. Please call at either of the numbers shown above beginning with my work number with any questions to further explain.

My request for remedy is, to be allowed to train in the MRI department till receipt of the ARRT License, back pay for GS-10 for the past three years, to be compensated at the GS-12 level, maximum permissible payment of $300,000 for disparate treatment against me, removal of all parties charged to include HR personnel (Can explain further as the case progresses) and all lawyer's fee paid.

Respectfully yours,

Carlos Almodovar R.T. (R)(CT)(BD)(ARRT)